# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RAY WILLIAMSON,**

       **Plaintiff,**

**-vs-**               **Case No. 6:12-cv-755-Orl-28DAB**

**NAVSEEKER, INC.,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION TO REMAND (Doc. No. 8)**
>
> **FILED:**   May 22, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

   Defendant's Response (Doc. No. 12) acknowledges that the notice of removal was filed outside the 30 day period allowed under 28 U.S.C. § 1446(b). Accordingly, the motion for remand should be granted. Although Defendant refers to some circumstances creating some confusion in the handling of the case from the Defendant's standpoint, the fact is that a simple mistake was made without any adequate excuse. The Plaintiff is entitled to an award of $350.00 in costs for the improvident removal.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 8, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy