# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAY WILLIAMSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-755-Orl-28DAB**

**NAVSEEKER, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 8) filed May 22, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed June 8, 2012 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion to Remand (Doc. No. 8) is **GRANTED**.

    3. Plaintiff is awarded $350.00 in costs from Defendant for Defendant's improvident removal.

    4. The Clerk of the Court is directed to remand this case to the Orange County Circuit Court, case number 2012-CA-005332-O, and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of June, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record